**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JAMES MCGEE,

        Petitioner

        v.

ST. LUKE'S HEALTH NETWORK D/B/A
ST. LUKE'S HOSPITAL & HEALTH
NETWORK, AND JOHN P. BRUNO, DO,
MBA,

        Respondents

: No. 228 MAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

    Petitioner's "Application for Leave to File a Response to the Answer of Respondents to the Petition for Allowance of Appeal" is **DENIED**.

    Petitioner's "Application for Leave to File a Reply to Answer of Respondents to Petitioner's Application for Leave to File a Response" is **DENIED**.